```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 07 B 02474
    MICHAEL LEN ST MARIE
    LISA ST MARIE                                CHAPTER 13

                                                 JUDGE: JOHN H SQUIRES
            Debtor
    SSN XXX-XX-6075      SSN XXX-XX-8724
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 02/13/07 and confirmed on 04/20/07.

2. The case was dismissed after confirmation, 10/26/2007.

3. The Debtor paid a total of $ 13937.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CENTRAL MORTGAGE CO | CURRENT MORTG | 6243.18 | .00 | 6243.18 |
| CENTRAL MORTGAGE CO | MORTGAGE ARRE | .00 | .00 | .00 |
| FIFTH THIRD BANK | SECURED | 2340.00 | .00 | 2340.00 |
| FIFTH THIRD BANK | MORTGAGE ARRE | 3096.97 | .00 | .00 |
| HSBC | SECURED | 2052.00 | .00 | 2052.00 |
| HSBC | MORTGAGE ARRE | 1123.10 | .00 | .00 |
| HSBC AUTO FINANCE | SECURED VEHIC | 8300.00 | 394.32 | 748.82 |
| TRIAD FINANCIAL CORP | SECURED VEHIC | 12500.00 | 593.86 | 1127.21 |
| INTERNAL REVENUE SERVICE | PRIORITY | 6943.25 | .00 | .00 |
| JENNIFER BENNETT | CHILD SUPPORT | NOT FILED | .00 | .00 |
| ILLINOIS DEPT OF PUBLIC | CHILD SUPPORT | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 9981.06 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 4568.43 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2122.55 | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 592.29 | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| PROVIDIAN NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| US BANK NATIONAL ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC AUTO FINANCE | UNSECURED | 733.19 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| TRIAD FINANCIAL CORP | UNSECURED | 3573.18 | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 1695.58 | .00 | .00 |
| ILLINOIS DEPT REVENUE | UNSECURED | 340.56 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 339.60 | .00 | .00 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|

```
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      35655.25       8638.83      22250.86         .00    66544.94
PRINCIPAL PAID          12511.21           .00          .00          .00    12511.21
INTEREST PAID             988.18           .00          .00          .00      988.18
TOTAL PAID              13499.39           .00          .00          .00    13499.39
```
The Debtor's attorney, PETER FRANCIS GERACI         , was allowed $   3000.00
and was paid $   3000.00   direct and $       .00   through the plan.

The Trustee received $      437.61 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 10/14/07                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 07 B 02474 MICHAEL LEN ST MARIE & LISA ST MARIE